UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PAULA J. PAVELCSYK,          )
 Plaintiff                   )
                             )
     v.                       )   C.A. No. 09-cv-30141-MAP
                             )
LORD JEFFEREY INN,           )
 Defendant                   )

<u>ORDER OF DISMISSAL</u>

October 15, 2010

**PONSOR, D.J.**

Plaintiff filed this complaint, <u>pro se</u>, on August 19, 2009. When the docket reflected no progress, the court issued an order on March 24, 2010 requesting a status report. On March 31, 2010, Plaintiff submitted a report indicating that she wished to continue with the case, but the docket reflected that no service had been effected on Defendant.

Given that Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> had been allowed, the Marshals attempted service, but were unable to find a party to serve. On June 29, 2010, the Supervising Deputy Clerk of this division sent a memorandum to Plaintiff, reporting the inability of the Marshals to find any defendant to serve and inquiring whether Plaintiff could advise the court of where service might be made. The memorandum asked Plaintiff to contact the court. Since that time, the court has heard nothing from Plaintiff.

Based on the foregoing, the court hereby DISMISSES this case for failure to prosecute. The clerk will enter judgment of dismissal for Defendant. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge