# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA J. PAVELCSYK,<br>      Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 3:09-cv-30141 -MAP<br>) |
| LORD JEFFEREY INN,<br>      Defendants | )<br>) |

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal for the defendant Lord Jefferey Inn, pursuant to the court's order of dismissal entered this date, dismissing this case for plaintiff's failure to prosecute.

                                                                                SARAH A. THORNTON,
                                                                                CLERK OF COURT

Dated:  October 15, 2010                              /s/ *Maurice G. Lindsay*
                                                                                Maurice G. Lindsay
                                                                                Deputy Clerk

(Civil Judgment of Dismissal.wpd - 11/98)
      [jgm.]